# Court of Appeals
# of the State of Georgia

ATLANTA, April 17, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0061. CHERICE HARRIS v. LARKIN STREET HOMES, LLC.**

Having been read and considered, the appellant's emergency motion for an extension of time to file is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/17/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*